IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Pat Cason-Merendo and Jeffrey A. Suhre, On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Detroit Medical Center; Henry Ford Health System; Mount Clemens General Hospital, Inc.; St. John Health; Oakwood Healthcare Inc.; Bon Secours Cottage Health Services; William Beaumont Hospital d.b.a. Beaumont Hospitals; Trinity Health Corp.,<br><br>Defendants. | Civil Action No. 07-mc-00452-EGS |

## PLAINTIFFS' CONSENT MOTION TO CONSOLIDATE RELATED ACTIONS

Plaintiffs respectfully submit this motion, pursuant to Rule 42(a) of the Federal Rule of Civil Procedure and LCvR 40.5(d), to consolidate the lowest numbered action filed, *Reed, et al. v. Advocate Health Care, et al.*, Civil Action No. 07-mc-00450-RMU, with the three subsequently numbered and related actions set forth below, all of which are based on identical motions to quash identical subpoenas which were directed at a single party (the Mintz Group) arising from actions that raise identical claims based on similar factual allegations.

| Case Name: | Case Number: | Date of Filing: |
|---|---|---|
| Wendy Fleischman and Cindy Cullen, On behalf of themselves and all others similarly situated<br>v.<br>Albany Medical Center; Ellis Hospital; Northeast Health; Seton Health System; St. Peter's Health Care Service | 1:07-mc-00451-RJL | November 5, 2007 |

| Pat Cason-Merendo and Jeffrey A. Suhre, On behalf of themselves and all others similarly situated v. Detroit Medical Center; Henry Ford Health System; Mount Clemens General Hospital, Inc.; St. John Health; Oakwood Healthcare Inc.; Bon Secours Cottage Health Services; William Beaumont Hospital d.b.a. Beaumont Hospitals; Trinity Health Corp. | 1:07-mc-00452-EGS | November 5, 2007 |
|---|---|---|
| Suzanne C. Clarke and Conise P. Dillard, On behalf of themselves and all others similarly situated v. Baptist Memorial Healthcare Corporation; Methodist Le Bonheur Healthcare | 1:07-mc-00463-RMU | November 8, 2007 |

Plaintiffs have conferred with Defendants, who issued the subpoenas that are the subject matter of the above-referenced actions, and they do not oppose the relief requested herein.

WHEREFORE, given the common legal claims and factual allegations raised by these actions, Plaintiffs respectfully request that the Court enter the Order (attached hereto) consolidating the above-referenced actions before this Court for adjudication.

Dated: November 14, 2007

Respectfully submitted,

By: /s/ Charles E. Tompkins

Michael D. Hausfeld, Bar No. 15374
Daniel A. Small
Charles E. Tompkins, Bar No. 459854
Shelly L. Friedland
Kalpana Kotagal
Sharon K. Robertson

COHEN, MILSTEIN, HAUSFELD &
TOLL P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax:(202) 408-4699

Thomas P. Dove
Kimberly A. Kralowec
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Tel: (415) 433-2070
Fax: (415) 982-2076

Mark A. Griffin
Raymond J. Farrow
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: (206) 623-1900
Fax: (206) 623-3384

Daniel E. Gustafson
Brian Williams
GUSTAFSON GLUEK PLLC
608 Second Avenue South
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622

David P. Dean
Mary Joyce Carlson
JAMES & HOFFMAN
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036-4748
Tel: (202) 496-0500
Fax: (202) 496-0555

```
```
Arnold Levin  
Charles E. Schaffer  
LEVIN, FISHBEIN, SEDRAN & BERMAN  
510 Walnut Street, Suite 500  
Philadelphia, PA 19106  
Tel: (215) 592-1500  
Fax: (215) 592-4663  
**Attorneys for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Pat Cason-Merendo and Jeffrey A. Suhre, On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Detroit Medical Center; Henry Ford Health System; Mount Clemens General Hospital, Inc.; St. John Health; Oakwood Healthcare Inc.; Bon Secours Cottage Health Services; William Beaumont Hospital d.b.a. Beaumont Hospitals; Trinity Health Corp.,<br><br>Defendants. | Civil Action No. 07-mc-00452-EGS |

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of November 2007, I served the foregoing upon the following via electronic mail or U.S. mail to the following:

| | |
|---|---|
| Louis P. Gabel<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001-2113<br>202-879-3939<br>202-626-1700 (fax)<br>lpgabel@jonesday.com | David B. Gunsberg<br>322 N. Old Woodward Avenue<br>Suite 200<br>Birmingham, MI 48009<br>248-646-9090<br>davidgunsberg@hotmail.com |
| Benjamin J. Hanauer<br>David L. Hanselman, Jr.<br>David Marx, Jr.<br>McDermott, Will,<br>227 W. Monroe Street<br>Suite 4400<br>Chicago, IL 60606<br>312-372-2000<br>312-984-7700 (fax)<br>bhanauer@mwe.com<br>dhanselman@mwe.com<br>dmarx@mwe.com | David A. Hardesty<br>Thomas M. J. Hathaway<br>Paul F. Novak<br>Clark Hill<br>500 Woodward Avenue<br>Suite 3500<br>Detroit, MI 48226-3435<br>313-965-8363<br>dhardesty@clarkhill.com<br>Pnovak@clarkhill.com<br>thathaway@clarkhill.com |

| | |
|---|---|
| Michelle R. Heikka<br>Kenneth J. McIntyre<br>L. Pahl Zinn<br>Dickinson Wright<br>500 Woodward Avenue<br>Suite 4000<br>Detroit, MI 48226-3425<br>313-223-3500<br>mheikka@dickinsonwright.com<br>kmcintyre@dicksinwright.com<br>pzinn@dickinsonwright.com | Sandra D. Hauser<br>Robert N. Potter<br>Sonnenschein, Nath,<br>1221 Avenue of the Americas<br>New York, NY 10020<br>212-768-6700<br>212-768-6800 (fax)<br>shauser@sonnenschein.com<br>rpotter@sonnenschein.com |
| Fred K. Herrmann<br>Kerr, Russell,<br>500 Woodward Avenue<br>Suite 2500<br>Detroit, MI 48226-3406<br>313-961-0200<br>fkh@krwlaw.com | Howard B. Iwrey<br>Dykema Gossett<br>39577 Woodward Avenue<br>Suite 300<br>Bloomfield Hills, MI 48304-2820<br>248-203-0526<br>248-203-0763 (fax)<br>hiwrey@dykema.com |
| Sheldon H. Klein<br>Mark T. Nelson<br>Bruce L. Sendek<br>William B. Slowey<br>Michael R. Turco<br>Butzel Long (Detroit)<br>150 W. Jefferson<br>Suite 900<br>Detroit, MI 48226-4430<br>313-225-7000<br>klein@butzel.com<br>sendek@butzel.com<br>slowey@butzel.com<br>turco@butzel.com<br>nelson@butzel.com | Shari Ross Lahlou<br>Bethany M. Wimsatt<br>Crowell & Moring<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>202-624-2500<br>slahlou@crowell.com<br>bwimsatt@crowell.com |
| Jill L. Marr<br>Honigman, Miller,<br>660 Woodward Avenue<br>Suite 2290<br>Detroit, MI 48226-3506<br>313-465-7000<br>313-465-8000 (fax)<br>jmarr@honigman.com | Terrence J. Miglio<br>Jonathon A. Rabin<br>Mark S. Wilkinson<br>Keller Thoma<br>440 E. Congress<br>5th Floor<br>Detroit, MI 48226-2918<br>313-965-7610<br>tjm@kellerthoma.com<br>jar@kellerthoma.com<br>msw@kellerthoma.com |

| | |
|---|---|
| Charles N. Raimi<br>Patricia C. Schabath<br>Detroit Medical Center<br>3990 John R<br>Suite 7, Brush Street West<br>Detroit, MI 48201<br>313-887-5381<br>313-887-5110 (fax)<br>craimi@dmc.org<br>pschabat@dmc.org | Cathrine F. Wenger<br>Trinity Health<br>27870 Cabot Drive<br>Novi, MI 48377<br>248-489-5001<br>WengerC@trinity-health.org |
| Alethea A. Wilson<br>Detroit Medical Center<br>3990 John R<br>7 Brush W.<br>Detroit, MI 48201<br>313 887 5381<br>awilson4@dmc.org | Stephen Y. Wu<br>McDermott, Will,<br>227 W. Monroe Street<br>Suite 4400<br>Chicago, IL 60606<br>312-372-2000<br>312 984 7700 (fax)<br>swu@mwe.com |

Dated: November 14, 2007    By: /s/ Charles E. Tompkins

        Michael D. Hausfeld, Bar No. 15374
        Daniel A. Small
        Charles E. Tompkins, Bar No. 459854
        Shelly L. Friedland
        Kalpana Kotagal
        Sharon K. Robertson
        COHEN, MILSTEIN, HAUSFELD &
        TOLL P.L.L.C.
        1100 New York Avenue, N.W.
        Suite 500, West Tower
        Washington, DC 20005
        Telephone: (202) 408-4600
        Facsimile: (202) 408-4699

        Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Pat Cason-Merendo and Jeffrey A. Suhre, On behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>Detroit Medical Center; Henry Ford Health System; Mount Clemens General Hospital, Inc.; St. John Health; Oakwood Healthcare Inc.; Bon Secours Cottage Health Services; William Beaumont Hospital d.b.a. Beaumont Hospitals; Trinity Health Corp.,<br><br>    Defendants. | Civil Action No. 07-mc-00452-EGS |

## PROPOSED ORDER

Upon consideration of Plaintiffs' Motion to Consolidate, IT IS, this ___ day of November, 2007, by the United States District Court for the District of Columbia, ORDERED:

That Plaintiffs' Motion to Consolidate is GRANTED.

Dated:

                               _____
                               Hon. Ricardo M. Urbina
                               United States District Judge