CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CARSON MERENDO          )
                        )
                        )
                        )
vs.                     )
                        )  Case Number 07-0452 (RMU)
                        )
DETROIT MEDICAL CENTER  )  Category :Miscellaneous
                        )
                        )

## REASSIGNMENT OF MISCELLANEOUS CASE

The above-entitled case was reassigned on November 28, 2007 from Judge Emmet G. Sullivan to Judge Ricardo M. Urbina by direction of the Calendar Committee.

(Reassigned as related to 07mc450)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Sullivan & Courtroom Deputy
      Judge Urbina & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk ✓
      Statistical Clerk