**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Pat Cason-Merendo,
Jeffrey A. Suhre,

on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Detroit Medical Center; Henry Ford Health System; Mount Clemens General Hospital, Inc.; St. John Health; Oakwood Health Care Inc.; Bon Secours Cottage Health Services; William Beaumont Hospital d.b.a. Beaumont Hospitals; Trinity Health Corp.;

Defendants.

**Civil Action No. 1:07-mc-00452 EGS**

**NOTICE OF APPEARANCE**

The Clerk of this Court will please enter the appearance of David P. Dean as counsel in the above captioned case for plaintiffs Pat Cason-Merendo and Jeffrey A. Suhre.

/s/ DAVID P. DEAN
David P. Dean
D.C. Bar No. 437030
James & Hoffman, P.C.
1101 17th Street, N.W. Suite 510
Washington, D.C. 20036
202/496-0500

Date: December 5, 2007

**IN THE UNITED STATES DISTRICT COURT**

| | | |
|---|---|---|
| Pat Cason-Merendo, Jeffrey A. Suhre, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br><br>Detroit Medical Center; Henry Ford Health System; Mount Clemens General Hospital, Inc.; St. John Health; Oakwood Health Care Inc.; Bon Secours Cottage Health Services; William Beaumont Hospital d.b.a. Beaumont Hospitals; Trinity Health Corp.;<br>Defendants. | ) | **Civil Action No. 1:07-mc-00452 EGS** |

**CERTIFICATE OF SERVICE**

This is to certify that on this 5th day of December 2007, I caused to be served the foregoing upon the following via electronic mail or U.S. mail:

| | |
|---|---|
| Louis P. Gabel<br>Michael R. Shumaker<br>Robert C. Jones<br>Stephen J. Squeri<br>Phillip A. Proger<br>JONES, DAY LAW FIRM – DC OFFICE<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20005-2088<br>202/879-3939<br>202/626-1700 (fax)<br>lpgabel@jonesday.com<br>mrshumaker@jonesday.com<br>rcjones@jonesday.com<br>sjsqueri@jonesday.com<br>paproger@jonesday.com | David Hardesty<br>Thomas M. J. Hathaway<br>Paul F. Novak<br>CLARK HILL<br>500 Woodward Avenue<br>Suite 3500<br>Detroit, MI 48226-3435<br>313/965-8363<br>dhardesty@clarkhill.com<br>Pnovak@clarkhill.com<br>thathaway@clarkhill.com |
| Amy J. Carletti<br>David L. Hanselman, Jr.<br>Stephanie Lynne Poulos<br>Jennifer A. Smulin<br>Stephen Yusheng Wu | David B. Gunsberg<br>322 N. Old Woodward Avenue, Suite 200<br>Birmingham, MI 48009<br>248/646-9090<br>davidgunsberg@hotmail.com |

| | |
|---|---|
| Benjamin J. Hanauer<br>David Marx<br>MCDERMOTT, WILL & EMERY LLP<br>227 West Monroe Street #4400<br>Chicago, IL 60606-5096<br>312/372-2000<br>acarletti@mwe.com<br>spoulos@mwe.com<br>jsmulin@mwe.com<br>swu@mwe.com<br>bhanauer@mwe.com<br>dhanselman@mwe.com<br>dmarx@mwe.com | |
| Michelle R. Heikka<br>Kenneth J. McIntyre<br>L. Pahl Zinn<br>DICKINSON WRIGHT<br>500 Woodward Avenue<br>Suite 4000<br>Detroit, MI 48226-3425<br>313/223-3500<br>mheikka@dickinsonwright.com<br>kmcintyre@dickinsonwright.com<br>pzinn@dickinsonwright.com | Sandra D. Hauser<br>Robert N. Potter<br>SONNESCHEIN, NATH, &<br>ROSENTHAL LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>212/768-6700<br>212/768-6800 (fax)<br>shauser@sonneschein.com<br>rpotter@sonneschein.com |
| Fred K. Herrmann<br>KERR, RUSSELL, AND WEBER PLC<br>500 Woodward Avenue<br>Suite 2500<br>Detroit, MI 48226-3406<br>313/961-0200<br>fkh@krwlaw.com | Howard B. Iwrey<br>DYKEMA GOSSETT<br>39577 Woodward Avenue<br>Suite 300<br>Bloomfield Hills, MI 48304-2820<br>248/203-0526<br>248/203-0763 (fax)<br>hiwrey@dykema.com |
| Sheldon H. Klein<br>Mark T. Nelson<br>Bruce L. Sendek<br>William B. Slowey<br>Michael R. Turco<br>BUTZEL LONG (DETROIT)<br>150 W. Jefferson<br>Suite 900<br>Detroit, MI 48226-4430<br>313/225-7000<br>klein@butzel.com<br>nelson@butzel.com<br>sendek@butzel.com<br>slowey@butzel.com | Shari Ross Lahlou<br>Bethany M. Wimsatt<br>CROWELL & MORING<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2595<br>202/624-2500<br>slahlou@crowell.com<br>bwimsatt@crowell.com |

| | |
|---|---|
| turco@butzel.com | |
| Jill L. Marr<br>Peter E. Boivin<br>David A. Ettinger<br>HONIGMAN MILLER SCHWARTZ & COHN LLP<br>660 Woodward Avenue<br>Suite 2290<br>Detroit, MI 48226-3506<br>313/465-7000<br>313/465-8000 (fax)<br>jmarr@honigman.com<br>pboivin@honigman.com<br>dettinger@honigman.com | Terrence J. Miglio<br>Jonathon A. Rabin<br>Mark S. Wilkinson<br>KELLER THOMA<br>440 E. Congress<br>5th Floor<br>Detroit, MI 48226-2918<br>tjm@kellerthoma.com<br>jar@kellerthoma.com<br>msw@kellerthoma.com |
| Cathrine F. Wenger<br>Trinity Health<br>27870 Cabot Drive<br>Novi, MI 48377<br>248/489-5001<br>WengerC@trinity-health.org | Charles N. Raimi<br>Patricia C. Schabath<br>Alethea A. Wilson<br>Detroit Medical Center<br>3990 John R<br>Suite 7, Brush Street West<br>Detroit, MI 48201<br>313/887-5381<br>313/887-5110 (fax)<br>craimi@dmc.org<br>pschabat@dmc.org<br>awilson4@dmc.org |

/s/ DAVID P. DEAN